# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: <u>1:26−mj−00159−LPA−1</u>
### *Internal Use Only*

Case title: USA v. AULTON

Date Filed: 05/18/2026

Other court case number: 3:10cr170 WESTERN DISTRICT OF NORTH CAROLINA

Date Terminated: 05/18/2026

Assigned to: MAG/JUDGE L. PATRICK AULD

**<u>Defendant (1)</u>**

**DARNELL LARON AULTON**
*TERMINATED: 05/18/2026*

represented by **ERIC D. PLACKE**
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF N.C.
301 N. ELM ST., STE. 410
GREENSBORO, NC 27401
336−333−5455
Fax: 336−333−5463
Email: <u>Eric_Placke@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Opening)</u>**

None

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

**USA**                                      represented by  **KARLA PAINTER**
DOJ–USAO
101 S. EDGEWORTH STREET
4TH FLOOR
GREENSBORO, NC 27401
336–333–5351
Email: karla.painter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2026 | | Arrest (Rule 5) of DARNELL LARON AULTON. (dk) (Entered: 05/18/2026) |
| 05/18/2026 | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DARNELL LARON AULTON held on 5/18/2026. Defendant advised of rights and charges. Defendant has waived his right to an Identity Hearing and reserves his rights to a preliminary hearing and detention hearing in the Western District of North Carolina. Defendant shall be transported in custody to the Western District of North Carolina for further proceedings. (AUSA Karla Painter; Counsel for defendant FPD Eric Placke; Proceedings Recorded) (dk) (Entered: 05/18/2026) |
| 05/18/2026 | | Oral Motion for Detention by USA as to DARNELL LARON AULTON. (dk) (Entered: 05/18/2026) |
| 05/18/2026 | 1 | SEALED FINANCIAL AFFIDAVIT by DARNELL LARON AULTON. (dk) (Entered: 05/18/2026) |
| 05/18/2026 | 2 | **ORDER Appointing Federal Public Defender** ERIC D. PLACKE for DARNELL LARON AULTON. Signed by MAG/JUDGE L. PATRICK AULD on 5/18/2026. (dk) (Entered: 05/18/2026) |
| 05/18/2026 | 3 | WAIVER of Rule 32.1 Hearing by DARNELL LARON AULTON. (dk) (Entered: 05/18/2026) |
| 05/18/2026 | 4 | Commitment to Another District as to DARNELL LARON AULTON. Signed by MAG/JUDGE L. PATRICK AULD on 5/18/2026. (dk) (Entered: 05/18/2026) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: KARLA PAINTER (caseview.ecf@usdoj.gov, iliana.perez@usdoj.gov,
karla.painter@usdoj.gov, kassie.hornberger@usdoj.gov, laurie.lochner@usdoj.gov,
liz.alaniz@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(donita_kemp@ncmd.uscourts.gov, john_godfrey@ncmd.uscourts.gov,
judge_auld@ncmd.uscourts.gov, misty_martin@ncmd.uscourts.gov,
samantha_hicks@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(breanna.wilton@usdoj.gov, delray.anthony@usdoj.gov, ecf.usmsncm@usdoj.gov,
jason_robertson@usdoj.gov, jessica.williams2@usdoj.gov, matthew_little@usdoj.gov,
michael.montalvo@usdoj.gov)
--No Notice Sent:

Message-Id:4425866@ncmd.uscourts.gov
Subject:Activity in Case 1:26-mj-00159-LPA USA v. AULTON Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 5/18/2026 at 10:23 AM EST and filed on 5/18/2026

**Case Name:**     USA v. AULTON
**Case Number:**    1:26–mj–00159–LPA
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
 **Arrest (Rule 5) of DARNELL LARON AULTON. (dk)**

**1:26–mj–00159–LPA–1 Notice has been electronically mailed to:**

KARLA PAINTER &nbsp &nbsp karla.painter@usdoj.gov, CaseView.ECF@usdoj.gov,
Iliana.Perez@usdoj.gov, Kassie.Hornberger@usdoj.gov, laurie.lochner@usdoj.gov, Liz.Alaniz@usdoj.gov,
USANCM.ecfcriminal@usdoj.gov

**1:26–mj–00159–LPA–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: KARLA PAINTER (caseview.ecf@usdoj.gov, iliana.perez@usdoj.gov,
karla.painter@usdoj.gov, kassie.hornberger@usdoj.gov, laurie.lochner@usdoj.gov,
liz.alaniz@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(donita_kemp@ncmd.uscourts.gov, john_godfrey@ncmd.uscourts.gov,
judge_auld@ncmd.uscourts.gov, misty_martin@ncmd.uscourts.gov,
samantha_hicks@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:4426241@ncmd.uscourts.gov
Subject:Activity in Case 1:26-mj-00159-LPA USA v. AULTON Initial Appearance - Rule 5
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 5/18/2026 at 2:51 PM EST and filed on 5/18/2026

| | |
|---|---|
| **Case Name:** | USA v. AULTON |
| **Case Number:** | 1:26–mj–00159–LPA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DARNELL LARON AULTON held on 5/18/2026. Defendant advised of rights and charges. Defendant has waived his right to an Identity Hearing and reserves his rights to a preliminary hearing and detention hearing in the Western District of North Carolina. Defendant shall be transported in custody to the Western District of North Carolina for further proceedings. (AUSA Karla Painter; Counsel for defendant FPD Eric Placke; Proceedings Recorded) (dk)**

**1:26–mj–00159–LPA–1 Notice has been electronically mailed to:**

KARLA PAINTER &nbsp &nbsp karla.painter@usdoj.gov, CaseView.ECF@usdoj.gov, Iliana.Perez@usdoj.gov, Kassie.Hornberger@usdoj.gov, laurie.lochner@usdoj.gov, Liz.Alaniz@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:26–mj–00159–LPA–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: KARLA PAINTER (caseview.ecf@usdoj.gov, iliana.perez@usdoj.gov,
karla.painter@usdoj.gov, kassie.hornberger@usdoj.gov, laurie.lochner@usdoj.gov,
liz.alaniz@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(donita_kemp@ncmd.uscourts.gov, john_godfrey@ncmd.uscourts.gov,
judge_auld@ncmd.uscourts.gov, misty_martin@ncmd.uscourts.gov,
samantha_hicks@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:4426246@ncmd.uscourts.gov
Subject:Activity in Case 1:26-mj-00159-LPA USA v. AULTON Oral Motion
Content-Type: text/html
```

# U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 5/18/2026 at 2:52 PM EST and filed on 5/18/2026

| | |
|---|---|
| **Case Name:** | USA v. AULTON |
| **Case Number:** | 1:26–mj–00159–LPA |
| **Filer:** | USA |
| **Document Number:** | No document attached |

**Docket Text:**
 **Oral Motion for Detention by USA as to DARNELL LARON AULTON. (dk)**

**1:26–mj–00159–LPA–1 Notice has been electronically mailed to:**

KARLA PAINTER &nbsp &nbsp karla.painter@usdoj.gov, CaseView.ECF@usdoj.gov,
Iliana.Perez@usdoj.gov, Kassie.Hornberger@usdoj.gov, laurie.lochner@usdoj.gov, Liz.Alaniz@usdoj.gov,
USANCM.ecfcriminal@usdoj.gov

**1:26–mj–00159–LPA–1 Notice will not be electronically mailed to:**

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/ncmd.3068417791.49600655.172545.json

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:26mj159
)
DARNELL LARON AULTON )

**FILED**
in the Middle District of
North Carolina

**May 18, 2026
2:55 pm**

Clerk, US District Court
By: _____dmk_____

## ORDER

The defendant having demonstrated eligibility for appointment of counsel at government expense, Federal Public Defender Eric D. Placke is directed to provide representation in this action.

_____/s/ L. Patrick Auld_____
**L. Patrick Auld
United States Magistrate Judge**

Date: May 18, 2026

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.　1:26mj159 |
| | ) | |
| | ) | |
| DARNELL LARON AULTON | ) | Charging District's Case No.　3:10cr170 |
| *Defendant* | ) | |

**FILED**
in the Middle District of
North Carolina

**May 18, 2026**
**2:55 pm**

Clerk, US District Court
By:　　dmk

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*　Western District of North Carolina　.

I have been informed of the charges and of my rights to:

(1)　retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)　an identity hearing to determine whether I am the person named in the charges;

(3)　production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)　a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)　a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒　an identity hearing and production of the judgment, warrant, and warrant application.

☐　a preliminary hearing.

☐　a detention hearing.

☒　~~an identity hearing, production of the judgment, warrant, and warrant application, and~~ any preliminary or detention hearing to which I may be entitled in this district.　I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:　　May 18, 2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Eric D. Placke
_____
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

<table>
<tr><td>United States of America<br>v.<br><br>DARNELL LARON AULTON<br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.    1:26mj159<br><br>Charging District's<br>Case No.   3:10cr170</td></tr>
</table>

**FILED**
in the Middle District of
North Carolina

**May 18, 2026
2:56 pm**

Clerk, US District Court
By: _____ dmk

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Western _____ District of North Carolina ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:     will retain an attorney.

           X   is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ May 18, 2026 _____

_____ /s/ L. Patrick Auld _____
*Judge's signature*

_____ L. Patrick Auld, United States Magistrate Judge _____
*Printed name and title*